# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESSA WILLIAMS,<br>  Plaintiff<br><br>  v.<br><br>ROBERT F. KENNEDY CHILDREN'S ACTION CORPS, INC.,<br>  Defendant | CIVIL ACTION<br>NO. 3:12-cv-30176-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Robert F. Kennedy Children's Action Corps, Inc., against the plaintiff Teressa Williams, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

                **ROBERT M. FARRELL**,
                CLERK OF COURT

Dated: August 6, 2014     /s/ *Maurice G. Lindsay*
                Maurice G. Lindsay
                Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
   [jgm.]